1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, CA  92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail address:  btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11 | DIRECTV, INC., a California corporation, | CASE NO.  CV-04-3798 SBA |
|---|---|
| Plaintiff, | Hon. Saundra B. Armstrong |
| vs. | **DEFAULT JUDGMENT AGAINST DEFENDANT ZANE MOORE** |
| ZANE MOORE, | |
| Defendant. | |

    Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and for all of the reasons set forth in this Court's Orders dated May 12, 2005 and June 6, 2005, Judgment is hereby entered against Defendant Zane Moore, and in favor of Plaintiff DIRECTV, Inc., in the amount of $20,000 in damages and $2,150.50 in attorneys' fees, plus costs pursuant to Fed. R. Civ. P. 54, subject to the filing of a Bill of Costs in compliance with the Local Rules of this Court.

Dated:  6-16-05                    /s/ Saundra Brown Armstrong
                                   Honorable Saundra B. Armstrong
                                   United States District Court
                                   Northern District of California

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
IRVINE

BNFY 568716v1                    1                    (CV-04-3798 SBA)

**[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT ZANE MOORE**